# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00335-CV

**Longhorn Village, Appellant**

**v.**

**Paula Salinas, as Successor Guardian of the Estate of MH, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-14-000201, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Longhorn Village has informed this Court that it no longer wishes to pursue this appeal and has filed an unopposed motion to dismiss it. Appellant's counsel states that he has conferred with counsel for appellee Paula Salinas, as Successor Guardian of the Estate of MH, who does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   July 11, 2014